## TOWNSHEND *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[P. C. No. 92, September Term, 1959.]

*Decided April 18, 1960.*

Before Brune, C. J., and Henderson, Hammond, Prescott and Horney, JJ.

Per Curiam.

Application for leave to appeal is denied for the reasons set out in the opinion of the court below. A request for a free transcript of the original record, for use in connection with this application, was properly denied. See *Truesdale v. Warden,* 221 Md. 617, 157 A. 2d 281.